IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | 3:03-CR-381-M (04) |
| | * | |
| DEBORAH JANETTE SETSER, | * | |
| Defendant. | * | |

## ORDER

The Defendant's "Motion for Downward Departure Based on the Retroactive Guideline Adjustment," filed January 23, 2013, is **DENIED** because the defendant's reasons and justifications for downward departure lack statutory authority.

SO ORDERED.

DATED: March 1, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS